UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHADIM GUEYE,

          Petitioner,

    v.

WARDEN, *et al.*,

          Respondent,

Case No. 1:26-cv-1377-DAD-JDP

ORDER

On February 23, 2026, the court granted petitioner's request for a preliminary injunction and referred the matter to me for all further proceedings. ECF No. 12. While the court found that petitioner is likely to succeed on the merits, I will allow the parties additional briefing, if necessary, to address the merits of the petition. Within fourteen days of the date of this order, respondents may file an answer. If respondents do so, petitioner may file a traverse within seven days. If respondents do not file an answer by this deadline, the matter will be deemed submitted.

1

Accordingly, it is hereby ORDERED that should the parties wish to file additional briefing, respondents may file an answer within fourteen days.  If respondents file an answer, petitioner may file a traverse within seven days.  If respondents do not file an answer by this deadline, the matter will be deemed submitted.

IT IS SO ORDERED.


Dated:    February 24, 2026     _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE