UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHADIM GUEYE, | Case No.  1:26-cv-01377-DAD-JDP |
| Petitioner, | |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS |
| WARDEN, et al., | |
| Respondents. | |

Petitioner Khadim Gueye, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 (b)(1)(B) and Local Rule 302.

On April 15, 2026, the magistrate judge issued findings and recommendations (Doc. No. 15) which were served on all parties and contained notice to all parties that any objections to those findings and recommendations were to be filed within seven days.  To date, neither party has filed objections and the time in which to do so has passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

For the reasons above,

1. The findings and recommendations issued on April 15, 2026 (Doc. No. 15) are

ADOPTED IN FULL;

1

2.    The petition for writ of habeas corpus (Doc. No. 1) is GRANTED;

3.    Petitioner's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED;

4.    Petitioner's motion for the appointment of counsel (Doc. No. 3) is DENIED as having been rendered moot by this order granting habeas relief;

5.    The preliminary injunctive relief previously granted (Doc. No. 12) is made permanent; and

6.    The Clerk of Court is ordered to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:   **June 14, 2026**                               _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE